**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOEL ROSENFELD IRA, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No. 17-cv-10309-DJC |
| v. | |
| CYNOSURE, INC., et al. | |
| Defendant. | |

| | |
|---|---|
| THE VLADIMIR GUSINSKY REV. TRUST, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No. 17-cv-10338-DJC |
| v. | |
| CYNOSURE, INC., et al. | |
| Defendant. | |

| | |
|---|---|
| EDGAR CALIN, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No. 17-cv-10349-DJC |
| v. | |
| MICHAEL R. DAVIN, et al. | |
| Defendant. | |

**STIPULATION AND ORDER CLOSING ACTION**

WHEREAS, Plaintiffs filed the above-captioned actions (the "Actions") challenging the

public disclosures made in the Recommendation Statement filed with the Unites States Securities

and Exchange Commission ("SEC") on or around February 22, 2017 in connection with the proposed acquisition of Cynosure, Inc. ("Cynosure") by Hologic, Inc. ("Parent") through its wholly-owned subsidiary, Minuteman Merger Sub, Inc. ("Merger Sub," and together with Parent, "Hologic");

WHEREAS, the Actions asserted claims for the violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on or about March 1, 2017, a fourth action captioned *Daniel Bird* v. *Cynosure, Inc., et al.*, Case No. 17-cv-00212-SLR (D. Del.) (the "Related Action") was filed in the United States District Court for the District of Delaware asserting claims similar to those asserted in the Actions;

WHEREAS, on or about March 5, 2017, plaintiff in the Related Action voluntarily dismissed the Related Action without prejudice;

WHEREAS, on or around March 9, 2017, Cynosure filed a Form 14D-9A supplementing the disclosures contained in the Recommendation Statement (the "Supplemental Disclosures"), which Plaintiffs, including plaintiff in the Related Action, believe addressed and mooted their claims regarding the sufficiency of the disclosures in the Recommendation Statement;

WHEREAS, on or around March 27, 2017 and March 29, 2017 the parties in the Actions submitted stipulated forms of Proposed Orders that, among other things, dismissed with prejudice all of Plaintiffs' claims (without prejudice as to any members of the putative classes) while reserving jurisdiction for Plaintiffs to submit, and the Court to consider, Plaintiffs' application for an award of attorneys' fees and reimbursement of expenses ("the Fee and Expense Applications");

WHEREAS, on March 28, 2017 and March 30, 2017, the Court entered orders (the "Dismissal Orders") dismissing Plaintiffs' claims with prejudice and, among other things, reserving jurisdiction to consider the Fee and Expense Applications;

WHEREAS, subsequent to the entry of the Dismissal Orders, the parties in the Actions and the Related Action negotiated at arms' length to resolve plaintiffs' requests for fees and expenses in the Actions and the Related Action;

WHEREAS, on or around August 4, 2017, in order to avoid further litigation of the matter, the parties reached agreement to settle plaintiffs' requests for fees and expenses in the Actions and the Related Action, by a payment in the amount of $300,000.00 (the "Agreed Fee"), thereby rendering the Fee and Expense Application unnecessary and obviating the need for the Court to retain jurisdiction in the Action and Related Actions;

WHEREAS, Defendants do not admit that the Supplemental Disclosures contained any material information or disclosed any additional material facts, and Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Actions or Related Action was ever meritorious;

WHEREAS, the parties respectfully request that the Court enter this Stipulation as an Order of the Court;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED that:

1.      The Actions are closed for all purposes.

Dated: August [  ], 2017                                 **SO ORDERED**

 

_____

HON. DENISE J. CASPER

 

Dated: August 15, 2017                  **MATORIN LAW OFFICE, LLC**

By:  _/s/ Mitchell J. Matorin_
     Mitchell J. Matorin (BBO# 649304)
     18 Grove Street, Suite 5
**OF COUNSEL:**                               Wellesley, MA 02482
     (781) 453-0100
**RIGRODSKY & LONG, P.A.**                    mmatorin@matorinlaw.com
Seth D. Rigrodsky
Brian D. Long
Gina M. Serra                            *Attorneys for Plaintiff The Vladimir Gusinsky*
2 Righter Parkway, Suite 120             *Revocable Trust*
Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 3112
Berwyn, PA 19312
(484) 324-6800

 

     **MATORIN LAW OFFICE, LLC**

By:  _/s/ Mitchell J. Matorin_
     Mitchell J. Matorin (BBO# 649304)
**OF COUNSEL:**                               18 Grove Street, Suite 5
     Wellesley, MA 02482
**WEISSLAW LLP**                              (781) 453-0100
Richard A. Acocelli                           mmatorin@matorinlaw.com
Michael A. Rogovin
Kelly C. Keenan                          *Attorneys for Plaintiff Joel Rosenfeld IRA*
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010                      **LEVI & KORSINSKY, LLP**

By:  _/s/ Stephanie A. Bartone_
     Stephanie A. Bartone
     733 Summer Street, Suite 304

Stamford, CT 06901
(212) 363-7500
sbartone@zlk.com

*Attorneys for Plaintiff Edgar Calin*

**WILMER CUTLER PICKERING HALE
AND DORR**

By:  */s/ Daniel W. Halston*

Daniel W. Halston (BBO #548692)
60 State Street
Boston, MA 020109
Telephone: (617) 526-6654

*Attorneys for Defendants Cynosure, Inc.,
Michael R. Davin, William O. Flannery, Brian
M. Barefoot, Ettore V. Biagioni, and Marina
Hatsopoulos*

**ROPES & GRAY LLP**

By:

*/s/ John D. Donovan*

John D. Donovan (BBO# 130950)
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7566

*Attorneys for Defendants Hologic, Inc. and
Minuteman Merger Sub, Inc.*

**OF COUNSEL:**

**WACHTELL, LIPTON, ROSEN
& KATZ**
Rachelle Silverberg
51 West 52nd Street
New York, NY 10019
212.403.1299

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants on August 15,

2017.

_/s/ Stephanie Bartone_